**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: KEYBANK CUSTOMER DATA SECURITY BREACH LITIGATION | MDL NO. 3056 |
| --- | --- |

**PROOF OF SERVICE**

I hereby certify that on November 15, 2022, I caused to be electronically filed the:

**MOVANTS KAREN MARTIN'S AND MICHAEL MARTIN'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR TRANSFER AND CENTRALIZATION IN THE WESTERN DISTRICT OF PENNSYLVANIA**

through the CM/ECF system, and caused to be served electronically via CM/ECF and mailed by U.S. Mail, Postage Prepaid, the foregoing and the notice of electronic filing to all counsel of record and/or unrepresented parties in the following Related Actions:

| ***Action*** | ***Parties*** |
|---|---|
| *Samsel v. Overby-Seawell Co., et al.*, No. 1:22-cv-03593 (N.D. Ga.) | ***Counsel for Plaintiff Mark Samsel (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Michael Joseph Boyle, Jr.<br>Jared William Connors<br>Matthew Ryan Wilson<br>**Meyer Wilson Co., LPA**<br>305 W. Nationwide Blvd.<br>Columbus, OH 43215<br>mboyle@meyerwilson.com<br>jconnors@meyerwilson.com<br>mwilson@meyerwilson.com<br><br>Samuel J. Strauss<br>Raina C. Borrelli<br>**Turke & Strauss, LLP -WI**<br>613 Williamson Street, Suite 201<br>Madison, WI 53703<br>sam@turkestrauss.com<br>raina@turkestrauss.com<br><br>***Counsel for Defendant KeyBank, N.A. (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Christopher A. Wiech<br>Chelsea Morgan Lamb<br>Jeffrey Ronald Baxter<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com<br><br>***Counsel for Defendant Overby-Seawell Company (N.D. Georgia, No. 1:22-cv-03593):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com |

| | |
|---|---|
| *Marlowe v. Overby-Seawell Co., et al.*, No. 1:22-cv-03648 (N.D. Ga.) | ***Counsel for Plaintiff Tim Marlowe (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Gregory John Bosseler<br>**Morgan & Morgan, PLLC**<br>178 S. Main Street, Suite 300<br>Alpharetta, GA 30049<br>gbosseler@forthepeople.com<br><br>Ryan D. Maxey<br>John A. Yanchunis<br>**Morgan & Morgan, P.A. -T.FL**<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>rmaxey@forthepeople.com<br>jyanchunis@forthepeople.com<br><br>Jeffrey Goldenberg<br>**Goldenberg Schneider, LPA**<br>4445 Lake Forest Drive, Suite 490<br>Cincinnati, OH 45242<br>jgoldenberg@gs-legal.com<br><br>Charles E. Schaffer<br>**Levin Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>cschaffer@lfsblaw.com<br><br>***Counsel for Defendant Overby-Seawell Co. (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for Defendant Keybank National Association (N.D. Georgia, No. 1:22-cv-03648):***<br><br>Christopher A. Wiech<br>Chelsea Morgan Lamb<br>Jeffrey Ronald Baxter |

| | |
|---|---|
| | **Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com<br>clamb@bakerlaw.com<br>jbaxter@bakerlaw.com |
| *Archer v. Overby-Seawell Co., et al.*, No. 1:22-cv-03780 (N.D. Ga.) | ***Counsel for Plaintiffs Mariann Archer and Patrick Reddy (N.D. Georgia, No. 1:22-cv-03780):***<br><br>MaryBeth Vassil Gibson<br>**The Finley Firm, P.C.**<br>Building 14, Suite 230<br>3535 Piedmont Road<br>Atlanta, GA 30305<br>mgibson@thefinleyfirm.com<br><br>Michael Anderson Berry<br>Gregory Haroutunian<br>**Arnold Law Firm**<br>865 Howe Avenue<br>Sacramento, CA 95825<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br><br>Terence R. Coates<br>**Markovits, Stock & DeMarco, LLC**<br>119 E. Court Street, Suite 500<br>Cincinnati, OH 45002<br>tcoates@msdlegal.com<br><br>***Counsel for Overby-Seawell Co. (N.D. Georgia, No. 1:22-cv-03780):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker – Atlanta**<br>3348 Peachtreet Road N.E., Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for KeyBank, N.A. (N.D. Georgia, No. 1:22-cv-03780):***<br><br>Christopher A. Wiech<br>Chelsea Morgan Lamb |

| | |
|---|---|
| | Jeffrey Ronald Baxter<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree Street, N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com |
| *Sheckard v. Overby-Seawell Company, et al.*, No. 1:22-cv-03708 (N.D. Ga.) | ***Counsel for Margaret Sheckard; Scott Sheckard (N.D. Ga., No. 1:22-cv-03708):***<br><br>Ben Barnow<br>Anthony Lee Parkhill<br>Riley W. Prince<br>**Barnow and Associates, P.C.**<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>b.barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br>rprince@barnowlaw.com<br><br>James M. Evangelista<br>Kristi Stahnke McGregor<br>**Evangelista Worley LLC**<br>500 Sugar Mill Road, Suite 245A<br>Atlanta, GA 30350<br>jim@ewlawllc.com<br>Kristi@ewlawllc.com<br><br>***Counsel for Defendant Overby-Seawell Company (N.D. Ga., No. 1:22-cv-03708):***<br><br>Richard Winston Boone, Jr<br>**Wilson Elser Moskowitz, Edelman & Dicker**<br>150 E. 42nd Street<br>New York, NY 10017<br>Richard.Boone@wilsonelser.com<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker -Atl**<br>3348 Peachtree Road NE, Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for Defendant Fulton Bank, N.A. (N.D. Ga., No. 1:22-cv-03708):*** |

| | |
|---|---|
| | Christopher A. Wiech<br>Chelsea Morgan Lamb<br>**Baker & Hostetler LLP**<br>1170 Peachtree Street NE, Suite 2400<br>Atlanta, GA 30309-7676<br>cwiech@bakerlaw.com<br>clamb@bakerlaw.com |
| *West v. Overby-Seawell Co., et al.*, No. 1:22-cv-03858 (N.D. Ga.) | ***Counsel for Plaintiff Joynequa West (N.D. Ga., No. 1:22-cv-03858):***<br><br>Gary M. Klinger<br>**Milberg Coleman Bryson Phillips Grossman PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>gklinger@milberg.com<br><br>MaryBeth Vassil Gibson<br>**The Finley Firm, P.C.**<br>3535 Piedmont Road, Building 14, Suite 230<br>Atlanta, GA 30305<br>mgibson@thefinleyfirm.com<br><br>***Counsel for Defendant Overby-Seawell Co. (N.D. Ga., No. 1:22-cv-03858):***<br><br>Tawana Blocker Johnson<br>**Wilson Elser Moskowitz Edelman & Dicker -Atl**<br>3348 Peachtree Road NE, Suite 1400<br>Atlanta, GA 30326<br>Tawana.Johnson@wilsonelser.com<br><br>***Counsel for Defendant Fulton Bank, N.A. (N.D. Ga., No. 1:22-cv-03858):***<br><br>Christopher A. Wiech<br>**Baker & Hostetler, LLP-GA**<br>1170 Peachtree St., N.E., Suite 2400<br>Atlanta, GA 30309<br>cwiech@bakerlaw.com |

| | |
|---|---|
| *Bozin v. KeyBank National Association, et al.*, No. 1:22-cv-01536 (N.D. Ohio) | ***Counsel for Plaintiffs Daniel Bozin, individually and as Executor of the Estate of Aurora Murgu; Kristi Burk, Patricia Burk, James McNichol, Jessica McNichol (N.D. Ohio, No. 1:22-cv-01536):***<br><br>Brian D. Flick<br>Marc E. Dann<br>**DannLaw**<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>bflick@dannlaw.com<br>notices@dannlaw.com<br><br>Thomas A. Zimmerman, Jr.<br>Jeffrey D. Blake<br>**Zimmerman Law**<br>77 West Washington Street, Ste. 1220<br>Chicago, IL 60602<br>tom@attorneyzim.com<br>jeff@attorneyzim.com<br><br>***Counsel for Defendant KeyBank, N.A. (N.D. Ohio, No. 1:22-cv-01536):***<br><br>James A. Slater, Jr.<br>Lisa M. Ghannoum<br>**Baker & Hostetler - Cleveland**<br>127 Public Square, Ste. 2000<br>Cleveland, OH 44114<br>jslater@bakerlaw.com<br>lghannoum@bakerlaw.com<br><br>James J. Pastore, Jr.<br>Michael Joseph Bloom<br>Kristin D. Kiehn<br>**Debevoise & Plimpton**<br>919 Third Avenue<br>New York, NY 10022<br>jjpastore@debevoise.com<br>mjbloom@debevoise.com<br>kdkiehn@debevoise.com<br><br>***Counsel has not yet appeared:***<br><br>**Overby-Seawell Co.**<br>c/o Corporation Service Company |

| | |
|---|---|
| | 2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092 |
| *Urciuoli v. KeyBank National Association, et al.*, No. 1:22-cv-1598 (N.D. Ohio) | ***Counsel for Plaintiffs Melissa Urciuoli; James Urciuoli; Joseph Turowski, Jr.; Teresa Turowski (N.D. Ohio, No. 1:22-cv-01598):***<br><br>Gary F. Lynch<br>**Lynch Carpenter**<br>36 North Jefferson Street, P.O. Box 7635<br>New Castle, PA 16107<br>gary@lcllp.com<br><br>***Counsel for Defendants KeyBank National Association; KeyCorp (N.D. Ohio, No. 1:22-cv-01598):***<br><br>James A. Slater, Jr.<br>**Baker & Hostetler – Cleveland**<br>127 Public Square, Ste. 2000<br>Cleveland, OH 44114<br>jslater@bakerlaw.com<br><br>***Counsel for Defendant Overby-Seawell Company (N.D. Ohio, No. 1:22-cv-01598):***<br><br>Geoffrey A. Belzer<br>**Wilson, Elser, Moskowitz, Edelman & Dicker – Chicago**<br>55 West Monroe Street, Suite 3800<br>Chicago, IL 60603<br>Geoffrey.belzer@wilsonelser.com |
| *Brouty v. KeyBank National Association, et al.*, No. 1:22-cv-01885 (N.D. Ohio) | ***Counsel for Plaintiffs Michael Brouty; Melissa Kauffman; Lebertus Vanderwerff (N.D. Ohio, No. 1:22-cv-01885):***<br><br>James J. Pizzirusso<br>**Hausfeld LLP**<br>888 16th Street, NW, Suite 300<br>Washington, DC 20006<br>jpizzirusso@hausfeld.com<br><br>Katherine Hansson<br>Steven M. Nathan |

<table>
<tr><td></td><td>Hausfeld LLP<br>33 Whitehall St., 14th Floor<br>New York, NY 10004<br>khansson@hausfeld.com<br>snathan@hausfeld.com<br><br>Mark Abramowitz<br>Dicello Levitt LLC<br>Western Reserve Law Building<br>7556 Mentor Ave<br>Mentor, OH 44060<br>mabramowitz@dicellolevitt.com<br><br>Counsel for Defendants KeyBank National Association, KeyCorp (N.D. Ohio, No. 1:22-cv-01885):<br><br>James J. Pastore, Jr.<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>jjpastore@debevoise.com<br><br>Counsel for Defendant Overby-Seawell Company (N.D. Ohio, No. 1:22-cv-01885):<br><br>Richard Winston Boone, Jr.<br>Wilson Elser Moskowitz, Edelman & Dicker<br>150 E. 42nd Street<br>New York, NY 10017<br>Richard.Boone@wilsonelser.com</td></tr>
<tr><td>Martin v. KeyBank National Association, et al., No. 2:22-cv-01346 (W.D. Pa.)</td><td>Counsel for Plaintiffs Karen Martin; Michael Martin (W.D. Pa., No. 2:22-cv-01346):<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>Scott+Scott Attorneys At Law LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>jguglielmo@scott-scott.com</td></tr>
</table>

| | |
|---|---|
| | calexander@scott-scott.com<br>ebinder@scott-scott.com<br><br>Alfred G. Yates, Jr.<br>**Law Office of Alfred G. Yates, Jr., P.C**.<br>1575, McFarland Road, Ste 305<br>Pittsburgh, PA 15216<br>yateslaw@aol.com<br><br>***Counsel for Defendants KeyBank National Association; KeyCorp (W.D. Pa., No. 2:22-cv-01346):***<br><br>Robert Patrick Leeson<br>**Baker & Hostetler LLP**<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>rleeson@bakerlaw.com<br><br>***Counsel for Defendant Overby-Seawell Company (W.D. Pa., No. 2:22-cv-01346):***<br><br>Jesse M. Endler<br>**Wilson, Elser, Moskowitz, Edelman & Dicker**<br>Two Commerce Square<br>2001 Market Street, 31st Floor<br>Philadelphia, PA 19103 |
| *Pittman v. KeyBank National Association, et al.*, No. 2:22-cv-01513 (W.D. Pa.) | ***Counsel for Plaintiff Jacint Pittman (W.D. Pa., No. 2:22-cv-01513):***<br><br>Alfred G. Yates, Jr.<br>**Law Office of Alfred G. Yates, Jr., P.C**.<br>1575, McFarland Road, Ste 305<br>Pittsburgh, PA 15216<br>yateslaw@aol.com<br><br>Joseph P. Guglielmo<br>Carey Alexander<br>Ethan Binder<br>**Scott+Scott Attorneys At Law LLP**<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169 |

| | |
|---|---|
| | jguglielmo@scott-scott.com<br>calexander@scott-scott.com<br>ebinder@scott-scott.com<br><br>***Counsel for Defendants KeyBank National Association; KeyCorp (W.D. Pa. No. 2:22-cv-01513):***<br><br>Robert Patrick Leeson<br>**Baker & Hostetler LLP**<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>rleeson@bakerlaw.com<br><br>***Counsel has not yet appeared:***<br><br>**Overby-Seawell Co.**<br>c/o Corporation Service Company<br>2 Sun Court, Suite 400<br>Peachtree Corners, GA 30092 |

And the following Clerks of Court:

| **Clerk of Court**<br>**United States District Court for the Northern District of Georgia**<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br><br>Case Nos. 1:22-cv-03593; 1:22-cv-03648; 1:22-cv-03780; 1:22-cv-03708; 1:22-cv-03858 | **Clerk of Court**<br>**United States District Court for the Northern District of Ohio**<br>Carl B. Stokes U.S. Court House<br>801 West Superior Avenue<br>Cleveland, Ohio 44113<br><br>Case Nos. 1:22-cv-01536; 1:22-cv-1598; 1:22-cv-01885 |
|---|---|
| **Clerk of Court**<br>**United States District Court for the Western District of Pennsylvania**<br>Joseph F. Weis, Jr. U.S. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219<br><br>Case Nos. 2:22-cv-01346; 2:22-cv-01513 | |

DATED: November 15, 2022

Respectfully Submitted,

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT, ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

***Counsel for Plaintiff Movants Karen Martin, Michael Martin***